IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. DKC-10-0596 |
| BOLARINWA ANDREW ADEYALE, a/k/a Bola, | * | |
| CHARLES G. RICHARDSON, JR., | * | |
| OLADIPO AYODEJI, a/k/a Dipo | * | |



## MOTION TO SEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Bryan E. Foreman, Assistant United States Attorney for said District, moves this Honorable Court for an order sealing the Superseding Indictment in the above-captioned matter in that it concerns and is part of a continuing investigation. Should the individuals under investigation become aware of the contents of the Superseding Indictment, it could endanger the course and outcome of the investigation.

**WHEREFORE**, the government requests that this Motion, the Order and the Superseding Indictment filed in this action be **sealed** until further order of the Court; and that one (1) copy of the signed Superseding Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/ Bryan E. Foreman
Bryan E. Foreman
Assistant United States Attorney

**ORDERED** as prayed, this 25th day of July, 2011.

/s/ William Connelly
United States Magistrate Judge