IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. DKC-10-596 |
| BOLARINWA ANDREW ADEYALE, CHARLES G. RICHARDSON, JR., and OLADIPO AYODEJI | : |

...oOo...

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through undersigned counsel, hereby moves to unseal the superseding indictment in the above-referenced case. As grounds for this motion, the government states as follows:

1. A federal grand jury sitting in the District of Maryland returned a sealed superseding indictment on July 25, 2011.

2. Defendants Richardson and Ayodeji have made their initial appearances before this Court, at which time the superseding indictment was unsealed as to those defendants.

3. Defendant Adeyale, who made his initial appearance before this Court on the initial indictment returned September 27, 2010, will be arraigned on the superseding indictment on Wednesday, August 17. Unsealing the superseding indictment as to Defendant Adeyale will not adversely affect the Government's investigation.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

/s/Robert K. Hur
Robert K. Hur
Assistant United States Attorney

IT IS SO ORDERED this 10th day of August, 2011.

/s/ William Connelly
William Connelly
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2011, a copy of the foregoing was served via electronic mail to:

Richard A. Finci
7850 Walker Drive, Suite 160
Greenbelt, MD 20770
rfinci@houlonberman.com

/s/Robert K. Hur
Robert K. Hur
Assistant United States Attorney