## ATTACHMENT A
## STATEMENT OF FACTS - OLADIPO AYODEJI

*The United States and Defendant Oladipo Ayodeji stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

Between in or about November 2007 and in or about September 2010, defendant **OLADIPO AYODEJI, a/k/a Dipo ("AYODEJI")**, knowingly and willfully conspired with **Bolarinwa Adeyale (a/k/a Bola), Oluwadamilola Feyisetan (a/k/a Dami, a/k/a Lola), Okechukwo Otuya (a/k/a Oke, a/k/a Waffi), Adeniyi Adebiyi (a/k/a Niyi, a/k/a Mike, a/k/a Ni), Alexander Omotomiwa Diya, Charles G. Richardson, Jr. (a/k/a Chuck)**, Co-Conspirator 1, and others, known and unknown to the Grand Jury, to knowingly and willfully execute and attempt to execute a scheme and artifice to defraud Bank of America, a financial institution, and to obtain moneys, funds, credits and assets owned by, and under the custody and control of Bank of America ("BofA"), by means of false and fraudulent pretenses, representations and promises, in violation of 18 U.S.C. § 1344.

As part of the conspiracy, **AYODEJI** and others stole credit card convenience checks from residential mailboxes in affluent neighborhoods in Montgomery County, Prince George's County, and Howard County, Maryland, and Washington, D.C. **AYODEJI, Adeyale**, and others also recruited college students from Bowie State University, Prince George's County Community College and Morgan State University to permit stolen and unauthorized checks to be deposited into the students' BofA bank accounts (the "compromised accounts"). **Adeyale** and others recruited additional college students to act as "runners" by depositing stolen checks into the compromised accounts and to withdraw the money from those accounts before the bank realized that the deposited checks were unauthorized.

In or about October 2008, **AYODEJI** approached Co-Conspirator 1, a BofA teller and former high-school classmate of **AYODEJI**'s, and offered to pay Co-Conspirator 1 in exchange for BofA customer information. Co-Conspirator 1 agreed to give **AYODEJI** information about BofA customers who maintained account balances exceeding $50,000, in exchange for payments. That information included customer names, social security numbers, home addresses, and bank account numbers. On approximately ten occasions at various locations, Co-Conspirator 1 gave such information to **AYODEJI** and **Adeyale**. In return, Co-Conspirator 1 received approximately $10,000 to $15,000. Using the information provided by Co-Conspirator 1, **AYODEJI, Adeyale**, and others manufactured counterfeit checks and used them to make unauthorized deposits into student accounts, whereupon runners would withdraw money from those accounts.

The following fraudulent transactions were made using information provided by Co-Conspirator 1:

- On or about December 2, 2008, a co-conspirator deposited a fraudulent BofA check drawn on the account of BofA customer K. P. in the amount of $25,000 into another BofA account. On December 3, 2008, a co-conspirator successfully withdrew $4,500

of the previous deposit.

- On or about December 15, 2008, a co-conspirator deposited a fraudulent BofA check drawn on the account of Bank of America customer D.M. in the amount of $26,300 into another BofA account. On December 16, 2008, co-conspirators made three successful withdrawals of $4,900, $4,900, and $7,900 from that previous deposit for a total withdrawal of $17,700.

- On or about January 7, 2009, a co-conspirator deposited a fraudulent BofA check drawn on the account of BofA customer Y.S. in the amount of $32,400. On January 8, 2009, co-conspirators made three successful withdrawals of $8,800, $9,200, and $8,800 from that previous deposit for a total withdrawal of $26,800.

- On December 15, 2008, a co-conspirator deposited a fraudulent BofA check drawn on the account of BofA customer D.M. in the amount of $29,400 into another BofA account.

- On or about December 2, 2008, a co-conspirator deposited a fraudulent BofA check drawn on the account of BofA customer K.P. in the amount of $35,000 into another BofA account. On December 3, 2008, co-conspirators made three successful withdrawals of $9,000, $9,000, and $8,000 from that previous deposit for a total withdrawal of $26,000.

- On January 7, 2009, a co-conspirator deposited a fraudulent BofA check drawn on the account of BofA customer Y.S. in the amount of $27,000. On January 8, 2009, co-conspirators made two successful withdrawals of $9,000 each from that previous deposit for a total withdrawal of $18,000.

These transactions resulted in actual losses to BofA totaling $91,837.18.

At all relevant times, Bank of America was a financial institution within the meaning of 18 U.S.C. § 20 whose deposits were insured by the Federal Deposit Insurance Corporation.

Agreed to this 3 day of January, 2012.

*Oladipo Ayodeji* (signature)
Oladipo Ayodeji