# CRIMINAL MINUTES

DATE: May 31, 2012                                    JUDGE: Deborah K. Chasanow

TIME: 2:35 – 3:28 a.m. (0/53)                    **ECRO**/FTR/CTRM: Cynthia Crawford (2B)

AUSA: Robert K. Hur                                 CRD: Theresa Derro

AGENT:                                                        INTERPRETER:

DFT'S ATY: Brian K. McDaniel (CJA)

UNITED STATES OF AMERICA v.   **OLADIPO AYODEJI**

        ☒ Released on Conditions/PR                    ☐ Detained/Remanded to USMS

DFDT'S AGE:                                              YEAR OF BIRTH: 1988

CRIMINAL NO.: **DKC 2010-0596**              NO. OF COUNTS: **1**

- ☐ Initial Appearance
- ☐ Arraignment
- ☐ Rearraignment
- ☒ **Sentencing**
- ☐ Sentencing Hearing
- ☐ Violation of Probation
- ☐ Violation of Supervised Release
- ☐ Detention Hearing
- ☐ Appeal of Magistrate Judge's Decision

- ☐ Indictment
- ☒ **Superseding Indictment**
- ☐ Information
- ☐ Superseding Information
- ☐ Motions Hearing
- ☐ Pretrial Conference
- ☐ WAIVER
- ☐ Other
- ☐ See Attached for List of Witnesses

Defendant arraigned and plead "NOT GUILTY" as to Count(s)

Defendant rearraigned and plead Guilty as to Count

NOT GUILTY as to Count(s) _____ which was accepted by the Court.

☐ Defendant found not to be in violation of probation/supervised release.
Sentencing Date:

**REMARKS: Judgment entered as to Count 1 of the Superseding Indictment; Voluntary Surrender Order signed**

Oral Motion of AUSA in open court to DISMISS Count(s) _____ which was accepted by the Court.

- ☒ Defendant advised of Right of Appeal.
- ☐ Imposition of Sentence Suspended pending PSI.
- ☐ ____ Days for Motions. Motion to be filed by
- ☐ Trail-Bench/Jury ____ day(s). Trial week of
- ☐ Pretrial Officer _____    ☒ Probation Officer Norman Lambert, Jr.
- ☒ Minute entries docketed.