# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

        **vs.**

      **Oladipo Ayodeji**

\*

\*

\*

\*\*\*\*\*\*

**Case No.  DKC-10-0596**

_____ FILED  _____ ENTERED
_____ LOGGED  _____ RECEIVED

**JAN 2 0 2016**

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

January 20, 2016
Date

Jillyn K. Schulze
United States Magistrate Judge