========================================================

# UNITED STATES DISTRICT COURT
------------------DISTRICT OF MARYLAND------------------

**THE UNITED STATES OF AMERICA**

                               \*

    **v.**                         **Case No.  DKC-10-0596**

**OLADIPO AYODEJI**          \*

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in the case for Oladipo Ayodeji.  I am admitted to practice in this Court.

JAMES WYDA
Federal Public Defender

_____/s/_____
LISA W. LUNT  (Bar No. 16539)
Assistant Federal Public Defender
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland  20770-1405
(301) 344-0600
Fax No. (301) 344-0019
E-mail: Lisa_Lunt@fd.org