```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA       *

v.                             *   Crim. No.: DKC 2010-0596-007

                               *

OLADIPO OLAJIDE AYODEJI
                               *

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

The Defendant appeared before the court for a hearing on a Petition on Supervised Release (ECF No. 390) and the addendum thereto (ECF No. 397) as alleged by the Probation Officer. Based upon the proceedings held and for the reasons stated in open court, it is this 7th day of March, 2016, by the United States District Court for the District of Maryland, ORDERED that:

1. The Defendant's term of supervised release is CONTINUED and MODIFIED as follows:

a. The Defendant is placed on home detention with electronic monitoring for three months and shall abide by all technological requirements of the program which will include a location monitoring system. During this time the defendant shall be restricted to his/her place of residence except for activities approved in advance by the probation officer. The participant shall pay part of the costs of location monitoring based on his ability to pay as directed

by the probation officer (as discussed in court, the defendant's monthly financial obligation shall not exceed $100);

    b. The monthly restitution payment amount be reduced to $100.00 (and shall be offset by any payment for electronic monitoring);

2. If the defendant attends all scheduled substance treatment sessions and all urinalysis results are negative, then the Defendant may request release from home confinement to go the gym up to three times as week, as approved at least a week in advance by the Probation Officer; and

3. All previously imposed conditions of supervised release REMAIN IN FULL FORCE AND EFFECT.

_____
DEBORAH K. CHASANOW
United States District Judge