8:10-CR-596-DKC-7

Dear Judge Chasnow

I have completed my probation.

I am writing you to ask for my passport back.

My grandmother passed last month in ~~Ondo Ayger~~ Ondo, Nigeria. The funeral is Oct, 25, 26. I would need my passport back Asap to proceed with this.

Thank you.
Oladipo Ayodeji

*Oladipo Ayodeji*

2517 Appleton LN
Bowie MD 20716

202-262-6935

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND '10 SEP 18 AM 9:13 CLERK'S OFFICE AT GREENBELT BY ___ DEPUTY