```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | : |   |
|   | : |   |
| v. | : | Criminal No. DKC 10-0596-7 |
|   | : |   |
| OLADIPO AYODEJI | : |   |
|   | : |   |

**ORDER**

The court has received a letter from Oladipo Ayodeji requesting the return of his passport. (ECF No. 458). Because Mr. Ayodeji's period of imprisonment and supervision are expired, there is no reason his passport should not be returned. Accordingly, it is this 21st day of September, 2018, by the United States District Court for the District of Maryland, ORDERED that:

1.   Mr. Ayodeji's request for the return of his passport BE, and the same hereby IS, APPROVED;

2.   The Clerk IS DIRECTED to release Mr. Ayodeji's passport to him; and

3.   The Clerk IS DIRECTED to transmit a copy of this Order to counsel of record, Probation Officer Gonsalves, and directly to Mr. Ayodeji.

```
                              _____/s/_____
                              DEBORAH K. CHASANOW
                              United States District Judge
```