**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * * * | |
| v. | * * | **CRIM. NO.: DKC 10-596** |
| **Feyisetan et al.,** | * * | |
| **Defendant.** | * * | |

...oooOooo...

**LINE**

Madam Clerk:

Please strike the appearance of Robert K. Hur and Jonathan Lenzner's as counsel for the government for all purposes in the above-captioned case. Please enter the appearance of Catherine Dick for the government for all purposes in the above-captioned case.

                          Respectfully submitted,

                          Robert K. Hur
                          United States Attorney

                    By:   /s/
                          Catherine Dick
                          Assistant United States Attorney
                          United States Attorney's Office of Maryland